Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  17−35136−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Edith Padilla
    aka Edith Casal
    136 42nd St
    Apt 2
    Union City, NJ 07087−6177
Social Security No.:
    xxx−xx−8673
Employer's Tax I.D. No.:

_____

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/23/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 23, 2018
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-35136-VFP
Edith Padilla                                                       Chapter 13
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 2          Date Rcvd: Aug 23, 2018
                           Form ID: 148           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
db          Edith Padilla,   136 42nd St,    Apt 2,   Union City, NJ  07087-6177
cr         +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RE,    Phelan Hallinan & Schmieg, PC,
            400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
517228976   Bobs Ds Furn,   428 Tolland Tpke,   Manchester, CT  06042-1765
517228981   Fortivamc/Mabtc/Atls,   5 Concourse Pkwy,   Atlanta, GA  30328-5350
517228982   Hudson County Sheriff's Office,   595 Newark Ave # Room-g14,   Jersey City, NJ  07306-2394
517228985   Phelan Hallinan Diamond & Jones PC,   400 Fellowship Rd Ste 100,   Mount Laurel, NJ  08054-3437
517228986  +Sunrise Credit Service,   260 Airport Plaza Blvd,   Farmingdale, NY 11735-4021
517261992  +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517329333   U.S. Bank National Association, as Trustee, Et.Al.,   Wells Fargo Bank, N.A.,
            Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
517329331   U.S. Bank National Association, as Trustee, for Re,   Wells Fargo Bank, N.A.,
            Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 23 2018 23:27:22    U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 23 2018 23:27:20    United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
cr         +EDI: RMSC.COM Aug 24 2018 03:04:00    Synchrony Bank c/o PRA Receivables Management, LLC,
            PO BOX 41021,   Norfolk, VA 23541-1021
517228975   EDI: BANKAMER2.COM Aug 24 2018 03:04:00    Bank Of America,   Attn: Bankruptcy Department,
            475 Crosspoint Pkwy,   Getzville, NY 14068-1609
517228977   EDI: CAPITALONE.COM Aug 24 2018 03:04:00    Capital One,   15000 Capital One Dr,
            Richmond, VA  23238-1119
517335169   EDI: BL-BECKET.COM Aug 24 2018 03:04:00    Capital One, N.A.,   c/o Becket and Lee LLP,
            PO Box 3001,   Malvern PA 19355-0701
517228978   EDI: WFNNB.COM Aug 24 2018 03:04:00    Comenity Bank/Nwyrk&Co,   PO Box 182789,
            Columbus, OH  43218-2789
517228979   EDI: RCSFNBMARIN.COM Aug 24 2018 03:04:00    Credit One Bank NA,   PO Box 98875,
            Las Vegas, NV  89193-8875
517228980   EDI: DIRECTV.COM Aug 24 2018 03:05:00    DirectTV,   P.O. Box 78626,   Phoenix, AZ  85062-8626
517228983  +EDI: CBSKOHLS.COM Aug 24 2018 03:04:00    Kohl's/Capone,   N56 W 17000 Ridgewood Dr,
            Menomonee Falls, WI 53051-5660
517343673   EDI: RESURGENT.COM Aug 24 2018 03:04:00    LVNV Funding, LLC its successors and assigns as,
            assignee of MHC Receivables, LLC and,   FNBM, LLC,   Resurgent Capital Services,
            PO Box 10587,   Greenville, SC 29603-0587
517228984   EDI: MIDLANDFUND.COM Aug 24 2018 03:04:00    Midland Funding,   8875 Aero Dr Ste 200,
            San Diego, CA  92123-2255
517331182  +EDI: MID8.COM Aug 24 2018 03:04:00    Midland Funding LLC,   PO Box 2011,
            Warren, MI 48090-2011
517261998  +EDI: RMSC.COM Aug 24 2018 03:04:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
            PO Box 41021,   Norfolk, VA 23541-1021
517228987   EDI: AISTMBL.COM Aug 24 2018 03:03:00    Tmobile,   PO Box 37380,
            Albuquerque, NM  87176-7380
517241814  +EDI: AIS.COM Aug 24 2018 03:03:00    T Mobile/T-Mobile USA Inc,
            by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517228988   EDI: TFSR.COM Aug 24 2018 03:03:00    Toyota Motor Credit,   4 Gatehall Dr Ste 350,
            Parsippany, NJ  07054-4522
517228989   EDI: WFFC.COM Aug 24 2018 03:04:00    U.S. Bank National Association,
            c/o Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA  50306-0335
517296487   EDI: WFFC.COM Aug 24 2018 03:04:00    Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,
            Des Moines, IA  50306-0438
                                                                            TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                        Signature:   /s/Joseph Speetjens

District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 23, 2018
                             Form ID: 148              Total Noticed: 29

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
        Marie-Ann Greenberg     magecf@magtrustee.com
        Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR
        RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH
        CERTIFICATES, SERIES 2006-EMX9 nj.bkecf@fedphe.com
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
        rsolarz@kmllawgroup.com
        Steven A. Serna    on behalf of Debtor Edith  Padilla bk@sernaesq.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                           TOTAL: 5